CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 03 2016

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| YUSUF HAKIM ALI,<br>    Plaintiff, | ) ) ) | Civil Action No. 7:16-cv-00185 |
| v. | ) ) | **ORDER** |
| DR. DENISE MALONE, <u>et al.</u>,<br>    Defendants. | ) ) | By:    Hon. Michael F. Urbanski<br>        United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** for failing to state a claim upon which

relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from

the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion

to Plaintiff.

ENTER: This ___3rd___ day of August, 2016.

/s/ Michael F. Urbanski
United States District Judge